UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILAGROS SANTIAGO CINTRON
Plaintiff

v.                                   Civil No. 98-2010(SEC)
LA PARRILLA ARGENTINA, INC.          ERISA
Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Docket # 18<br>Plaintiff "Motion Requesting Clarification of Case Management Order" | At this stage, "outstanding pleading" basically refers to any answer to the complaint, any amendment to the complaint, or any amended answer to the complaint which may still be pending. |

DATE: August 27, 1999

SALVADOR E. CASELLAS
United States District Judge

Rec'd:          EOD:
By:           # 19