RECEIVED & FILED **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

99 SEP 20 AM 10: 04

U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| MILAGROS SANTIAGO CINTRON | CIVIL NO.: 98-2010(SEC) |
| Plaintiff | |
| v. | |
| LA PARRILLA ARGENTINA, INC., ET. AL. | |
| Defendant | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Here come defendant, La Parrilla Argentina, Inc., et. al., represented by its undersigned counsel and very respectfully allege and pray as follows:

1. The undersigned counsel is hereby joining the legal representation of defendant in conjunction with Miguel A. Maza, Esq.

2. Our address, telephone, and fax of record are the ones indicated in this motion.

3. We hereby move the Court to admit us as additional counsel in this case and to order the Clerk and the parties to notify us of all further documents generated in this case.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that a true and exact copy of this motion has been sent via regular mail to: Clarisa Solá, Esq., P.M.B. 100, Box 70171, San Juan, Puerto Rico 00936-8171; Lissette Marín Aponte, Esq., 533 Cumbres de Miradero, Mayagüez, Puerto Rico 00680; Miguel A. Maza, Esq., Bolivia 33, Suite 203, Hato Rey, P.R. 00917.

In San Juan, Puerto Rico, this 20th ___ of September of 1999.

                                                    _____
                                                    ENRIQUE J. MENDOZA MENDEZ
                                                    USDC-PR 202804

**MENDOZA & BACO**
P.O. BOX 190404
SAN JUAN, P.R. 00919-0404
TEL. (787) 722-5522
FAX. (787) 723-7057