IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILAGROS SANTIAGO CINTRON          *
                                   *
       Plaintiff                   *
                                   *   Civil No. 98-2010(SEC)
v.                                 *
                                   *
LA PARRILLA ARGENTINA, INC.        *
                                   *
       Defendant                   *
**************************************

**ORDER**

The above-captioned matter is hereby referred to Magistrate Aida Delgado Colón for the holding of a case management and settlement conference, **to be set no later than December 6, 1999.** The meeting should address the following issues, among others: (a) whether there has been compliance with the deadlines imposed in the case management order; (b) whether the case is ripe for settlement; and (c) if settlement is not viable, whether the parties would be willing to revisit the possibility of consenting to proceed before a Magistrate Judge. In the event that settlement negotiations are not successful and the parties are unwilling to consent to trial before the Magistrate, **the case shall be returned to this Court**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of October, 1999.

SALVADOR E. CASELLAS
United States District Judge

4



AO 72A
(Rev.8/82)