IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILAGROS SANTIAGO-CINTRON
    Plaintiff

v.                             Civil No. 98-2010(SEC)

LA PARRILLA ARGENTINA, INC.
ET AL
    Defendants

---

## MINUTES OF PROCEEDINGS BEFORE THE
## THE HONORABLE AIDA M. DELGADO-COLON,
## U.S. MAGISTRATE-JUDGE

By Order of the Honorable Aida M. Delgado-Colón, the Case Management/ Settlement Conference originally set for November 17, 1999, is hereby **reset for November 22, 1999, at 2:00 PM.**

At San Juan, Puerto Rico, this 9th day of November, 1999.

                                            Ivette Cáliz
                                            Secretary

*Faxed to all parties.*
*11/9/99*
*ic*


