IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILAGROS SANTIAGO-CINTRON
    Plaintiff

v.                                    Civil No. 98-2010(SEC)

LA PARRILLA ARGENTINA, INC.
ET AL
    Defendants

## ORDER

On this date the Law Clerk for the Honorable Salvador Casellas handed in some documents that had been personally delivered to the Chambers of Judge Casellas by Dr. Carol Romey in instant case. These relate to an Order issued by this Magistrate-Judge on January 18, 2000 (see **Docket No. 32**).

These documents will be filed and made part of the record and copy of the same are to be provided to defendants' attorney.

The extension of time requested by defendants in order to complete their expert report is **GRANTED (Docket No. 34)**.

**SO ORDERED.**

At San Juan, Puerto Rico, this 24th day of February, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge