IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILAGROS SANTIAGO-CINTRON
    Plaintiff

v.                                    Civil No. 98-2010(SEC)

LA PARRILLA ARGENTINA, INC.
ET AL
    Defendants

---

## SETTLEMENT CONFERENCE REPORT

Settlement conferences were held on November 22, 1999, and January 31, 2000. In both instances the parties have been allowed time to argue their respective factual contentions and their respective legal arguments. As of January 31, 2000, discovery was being carried out as per the Court's case management order (**Docket No. 16**).

Discovery issues were addressed at both conferences, mainly those regarding the disclosure of data supporting the report of plaintiff's expert (**Docket Nos. 34, 35 and 36**).

The parties have exchanged settlement demands and counter-offers on two different occasions. No settlement seems viable until conclusion of discovery on March 15, 2000.

The parties are reminded that dispositive motions must be filed on or before April 26, 2000 (**Docket No. 16**).

**SO ORDERED.**

At San Juan, Puerto Rico, this 15th day of March, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge