IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILAGROS SANTIAGO CINTRON *
                               *
Plaintiff                      *   Civil No. 98-2010(SEC)
                               *
v.                             *
                               *
LA PARRILLA ARGENTINA, INC.    *
                               *
Defendant                      *
****************************************

**JUDGMENT**

Pursuant to the order of even date, this action is hereby **DISMISSED** without prejudice.

Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of April, 2000.

SALVADOR E. CASELLAS
United States District Judge