UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILAGROS SANTIAGO CINTRON
  Plaintiff
          v.                         Civil No. 98-2010(SEC)
LA PARRILLA ARGENTINA, INC.
  Defendant

<u>ORDER</u>

| MOTION | RULING |
|---|---|
| **Docket # 49**<br>Defendant's "Motion to Amend Judgment" | Denied. |
| **Docket # 48**<br>Defendant's "Request for Amendment Nunc Pro Tunc" | Denied. |

DATE: August 9, 2000

/s/ Salvador E. Casellas
SALVADOR E. CASELLAS
United States District Judge

